UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) | 2:06-CR-00155-PMP-GWF |
| Plaintiff, )<br>v. ) | |
| ) | ORDER |
| MARTIN ALVAREZ-RODRIGUEZ, )<br>et al., )<br>Defendants. ) | |

    Before the Court for consideration is Defendant Martin Alvarez-Rodriguez's Motion to Suppress (Doc. #23) filed September 15, 2006.  On March 26, 2007, Magistrate Judge Foley held a Motion Hearing (Doc. #60) as to Defendant's Motion to Suppress (Doc. #23).  On March 28, 2007, Magistrate Judge Foley entered a Report and Recommendation (Doc. #61) recommending that Defendant's Motion to Suppress (Doc.# 23) be denied.

    In accord with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rules of Practice, LR IB 3-2, the Court has conducted a <u>de novo</u> review of the record before Magistrate Judge Foley.  Based upon that review the Court finds that Defendant's Motion to Suppress (Doc. #23) should be denied, and the Report and Recommendation of Magistrate Judge Foley (Doc. #61) should be affirmed.

/ / /

1  IT IS THEREFORE ORDERED that Defendant's Motion to Suppress (Doc. #23)
2 is DENIED and Magistrate Judge Foley's Findings and Recommendations (Doc. #61) are
3 AFFIRMED.

5 DATED: July 19, 2007.

```
                                        _____
                                        PHILIP M. PRO
                                        United States District Judge
```