# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:06-cr-155-PMP-GWF |
| MARTIN ALVAREZ-RODRIGUEZ, | ) | |
| Defendant. | ) | **ORDER** |

On November 17, 2011, the court granted the Federal Public Defender's "Motion in Support of Appointment of Counsel During 2255 Proceedings." (#205)

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for Martin Alvarez-Rodriguez.

DATED this  21st  day of November.

Nunc Pro Tunc Date: November 17, 2011

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE