UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | 2:06-cr-00155-PMP-GWF |
|                                      ) | 2:11-CV-01723-PMP |
| Plaintiff,           ) | |
|                                      ) | |
| vs.                                  ) | **ORDER** |
|                                      ) | |
| MARTIN ALVAREZ-RODRIGUEZ              ) | |
|                                      ) | |
| Defendant.          ) | |

Before the Court for Consideration is Defendant's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #202).

Plaintiff United States has filed a Response in Opposition to Defendant's Motion (Doc. #220).  Counsel appointed to represent Defendant has not filed a reply memorandum.

The Court concludes that it is appropriate to conduct an evidentiary hearing on Defendant's Motion (Doc. #202).

**IT IS THEREFORE ORDERED** that an evidentiary hearing is hereby set for **Wednesday, July 11, 2012 at 9:00 a.m**. in Courtroom 7C at the Lloyd D. George United States Courthouse.

DATED: April 26, 2012.

_____
PHILIP M. PRO
United States District Judge