DANIEL G. BOGDEN
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00155-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR MARTIN ALVAREZ-RODRIGUEZ |
| MARTIN ALVAREZ-RODRIGUEZ, | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **MARTIN ALVAREZ-RODRIGUEZ**, 40855-048, is committed by due process of law in the custody of the Warden, USP ATWATER, U.S. Penitentiary, 1 Federal Way, Atwater, CA 95301, that said Warden has consented to the temporary release of the said **MARTIN ALVAREZ-RODRIGUEZ** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **MARTIN ALVAREZ-RODRIGUEZ** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on March 4, 2013, at the hour of 9:30 A.M., for Resentencing on Remand, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **MARTIN ALVAREZ-RODRIGUEZ** before the United States District Judge Philip M. Pro on or about March 4, 2013, at the hour of 9:30 A.M., and any further proceedings and from time to time and day to day thereafter until excused by the Court has

been ordered by the United States District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, USP ATWATER and to the United States Marshal for the District of Nevada, commanding them to produce the said **MARTIN ALVAREZ-RODRIGUEZ** before the United States District Court on or about March 4, 2013, at the hour of 9:30 A.M., and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, USP ATWATER, U.S. Penitentiary, 1 Federal Way, Atwater, CA 95301.

DATED this 26th day of February, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/Susan Cushman

SUSAN CUSHMAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-00155-PMP-GWF |
| Plaintiff, ) | |
| ) | ORDER FOR ISSUANCE OF |
| vs. ) | WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM FOR |
| MARTIN ALVAREZ-RODRIGUEZ, ) | MARTIN ALVAREZ-RODRIGUEZ |
| ) | |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **MARTIN ALVAREZ-RODRIGUEZ,**, before the United States District Judge, Philip M. Pro at Las Vegas, Nevada, on or about March 4, 2013, at the hour of 9:30 A.M., for Resentencing on Remand, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED:** February 27, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE